```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KRISTIN S. DOOR, SBN 84307
   | Assistant United States Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, CA 95814
 4 | Telephone: (916)554-2723
 5 | Attorneys for Plaintiff
   | United States of America
 6 |
 7 |
 8 |           IN THE UNITED STATES DISTRICT COURT
 9 |          FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,   )   2:07-cv-01260-EJG-EFB
                                 )
12 |         Plaintiff,           )   DEFAULT JUDGMENT AND FINAL
                                 )   JUDGMENT OF FORFEITURE
13 |    v.                        )
                                 )
14 | APPROXIMATELY $53,000.00 IN )
   | U.S. CURRENCY, and          )
15 |                             )
   | APPROXIMATELY $2,604.00 IN  )
16 | U.S. CURRENCY,              )
                                 )
17 |         Defendants.          )
                                 )
18 |
```



FILED

MAY - 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

This matter came on before the Honorable Magistrate Judge Edmund F. Brennan on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1.  The Magistrate Judge's Findings and Recommendations are

1 adopted herein.

2    2. Jun Xiong Wang and Jason Tuan Hoang are held in default;

4    3. A judgment by default is hereby entered against any right, title or interest of Jun Xiong Wang and Jason Tuan Hoang in the defendant currency referenced in the above-caption;

7    4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law.

10    5. All parties shall bear their own costs and attorneys' fees.

12    SO ORDERED, this 5th day of May, 2008.

                                     Edward J. Garcia
                                     United States District Judge